BEFORE THE THIRD DIVISION, MAY 7, 1964

**No. 68525.**—United China & Glass Co. *v.* United States, protest 63/17515–16336 (New Orleans).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of decorative after-dinner cups and saucers the same in all material respects as those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claim of the plaintiff was sustained.

MAY 4, 1964

**No. 68526.**—APPEAL 5163.—Lilli Ann Corporation *v.* United States.— ... C.D. 2418. Appeal dismissed February 3, 1964.

BEFORE THE FIRST DIVISION, MAY 11, 1964

**No. 68527.**—Cantarini Accordion Corp. et al. *v.* United States, protests 63/4069, etc. (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of chord organs and parts thereof similar in all material respects to those the subject of *Excelsior Accordions, Inc.* v. *United States* (48 Cust. Ct. 148, C.D. 2328), the claim of the plaintiffs was sustained.

**No. 68528.**—Dan Brechner & Company, Inc., and Frank P. Dow Co., Inc., of L.A. *v.* United States, protest 63/1041 (Los Angeles).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of telescopes similar in all material respects to those the subject of Abstract 67949, the claim of the plaintiffs was sustained.